

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00490-CR

Jaime **MENDEZ-BOLANOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR13173
Honorable Jefferson Moore, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED August 28, 2019.

_____
Sandee Bryan Marion, Chief Justice